AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern Division     District of     South Daktoa

COREPLUS FEDERAL CREDIT UNION, a
Connecticut corporation et al

**SUMMONS IN A CIVIL ACTION**

V.

METABANK and META FINANCIAL GROUP,
INC.,

CASE NUMBER: CIV 09-4130

TO: (Name and address of Defendant)

    MetaBank
    4900 S. Western Avenue
    Sioux Falls, SD 57101

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    Shawn M. Nichols
    Cadwell Sanford Deibert & Garry, LLP
    PO Box 2498
    Sioux Falls, SD 57101-2498

an answer to the complaint which is served on you with this summons, within _____twenty (20)_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK: Joseph Haas      DATE: 8-27-09

(By) DEPUTY CLERK: Deb Peterson

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |
| *Check one box below to indicate appropriate method of service* | |

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____ _____
                              Date                                    *Signature of Server*

                                                             _____
                                                             *Address of Server*

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.