IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| COREPLUS FEDERAL CREDIT UNION, a Connecticut Corporation; and WATERBURY CT TEACHERS FEDERAL CREDIT UNION,<br><br>Plaintiffs,<br><br>vs.<br><br>METABANK and META FINANCIAL GROUP, INC.,<br><br>Defendants. | Civ. 09-4130<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE |

The above parties, by and through their respective counsel of record, hereby agree and stipulate that all claims and counterclaims asserted, or which could have been asserted, may be dismissed on the merits, with prejudice with neither party taking anything further. The parties further stipulate that the Court may enter an Order dismissing this case with prejudice upon the terms contained herein.

Dated this the ___ day of October, 2010.

_____
Shawn M. Nichols
CADWELL SANFORD DEIBERT & GARRY, LLP
PO Box 2498
Sioux Falls, SD  57101-2498
snichols@cadlaw.com
Telephone (605)336-0828

Dated this the ___ day of October, 2010.

_____
Doug Stave
Jessica L. Zitterkopf
5501 Broadband Lane
Sioux Falls, SD  57108
jpesall@metapay.com
Telephone: (605) 782-1821

1